**UNITED STATES DISTRICT COURT**

**CENTRAL DISTRICT OF CALIFORNIA - WESTERN DIVISION**

| | |
|---|---|
| JOSE IVAN SALCEDO,<br><br>            Plaintiff,<br><br>     v.<br><br>JAMES DAILEY, et. al.,<br><br>            Defendants. | Case No. CV 18-6613-FMO (AS)<br><br><br><br>**JUDGMENT** |

Pursuant to the Court's Order Accepting Findings, Conclusions and Recommendations of United States Magistrate Judge,

IT IS ADJUDGED that the above-captioned action is dismissed with prejudice.

DATED: May 23, 2019

                              /s/
                    FERNANDO M. OLGUIN
                 UNITED STATES DISTRICT JUDGE